*Judgment reversed with direction that the trial judge enter judgment for the defendant, Fulton Bag & Cotton Mills, in accordance with what is herein held. Felton, C. J., and Nichols, J., concur.*

### 36648. FULTON BAG & COTTON MILLS *v.* BRADLEY, Executrix *et al.*

QUILLIAN, J. This is a companion case to *Fulton Bag & Cotton Mills* v. *Eudaly,* ante, and is controlled by the ruling in that case.

*Judgment reversed with direction that the trial judge enter judgment for the defendant, Fulton Bag & Cotton Mills, in accordance with what is therein held. Felton, C. J., and Nichols, J., concur.*

DECIDED APRIL 17, 1957—REHEARING DENIED APRIL 29, 1957.

*Burt DeRieux, Marshall, Greene & Neely,* for plaintiff in error. *Hamilton Douglas, Jr., Haas, White & Douglas,* contra.

### 36649. FULTON BAG & COTTON MILLS *v.* DAVIDSON.

QUILLIAN, J. This is a companion case to *Fulton Bag & Cotton Mills* v. *Eudaly,* ante, and is controlled by the ruling in that case.

*Judgment reversed with direction that the trial judge enter judgment for the defendant, Fulton Bag & Cotton Mills, in accordance with what is therein held. Felton, C. J., and Nichols, J., concur.*

DECIDED APRIL 17, 1957—REHEARING DENIED APRIL 29, 1957.

*Burt DeRieux, Marshall, Greene & Neely,* for plaintiff in error. *Hamilton Douglas, Jr., Haas, White & Douglas,* contra.